*Attorney for Plaintiff*
226 Lenox Avenue
New York, NY 10027
(212) 406-9466